The requests are approved.
So ordered.
/s/ Alvin K. Hellerstein
October 14, 2021

**THE CITY OF NEW YORK**

**GEORGIA M. PESTANA**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
Phone: (212) 356-0886
Fax: (212) 356-1148
pfrank@law.nyc.gov

October 13, 2021

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Y.G v. NYC Dep't of Education*, 21-CV-641 (AKH)

Your Honor:

    I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendant New York City Department of Education (DOE) in the above-referenced matter.

    Plaintiff, the parent of a student with disabilities, initially sought an order directing compliance with an administrative decision issued by an Impartial Hearing Officer (IHO) and attorney's fees. This week, the parties resolved the implementation portion of Plaintiff's Complaint, and currently Plaintiff only seeks attorney's fees.

    I write to respectfully request a 14-day extension of time for Defendant DOE to serve and file its opposition papers to Plaintiff's motion for attorney's fees and a corresponding extension of time for Plaintiff to file reply papers.

    Pursuant to the Court's Order dated September 17, 2021, the DOE's opposition papers are currently due on October 13, 2021. Pursuant to the Court's Order dated September 29, 2021, Plaintiff's opposition papers are due on October 22, 2021. I apologize to the Court for the lateness of this request in light of Your Honor's Individual Rules. This is Defendant's second request for such an extension. Counsel for Plaintiff consents to this request.

    The primary reason for the requested extension is due to trial preparation, including the drafting and filing of pretrial submissions, for a trial I have in another matter this month. The trial preparation has taken more time and resources than I had initially anticipated.

Accordingly, Defendant respectfully requests: (1) a 14-day extension of time, until October 27, 2021, to serve and file its opposition to Plaintiff's motion for attorney's fees; and (2) a corresponding extension of time, until November 5, 2021, for Plaintiff to file reply papers.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Philip S. Frank

cc: All counsel of record (via ECF)