UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Y.G., individually and on behalf of
C.T., a child with a disability,

                *Plaintiff,*              Case No.: 1:21-cv-00641 (AKH)

-against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

                *Defendant.*

---

### JUDGMENT AWARDING PLAINTIFFS' ATTORNEYS' FEES AND COSTS CONSISTENT WITH MEMORANDUM OPINION & ORDER

Pursuant to the Court's Memorandum Opinion and Order dated April 7, 2022 (Dkt. No. 46), the Court GRANTS Plaintiffs' motion for summary judgment, as follows:

1. Plaintiffs are entitled to an hourly rate of $550.00 for Andrew Cuddy and Jason Sterne, $450.00 per hour for Kevin Mendillo, $425.00 per hour for Justin Coretti, $400.00 per hour for Benjamin Kopp, $375.00 per hour for Erin Murray, and $225.00 per hour for all paralegals.

2. There shall be no reductions to the hours billed by Plaintiffs' counsel for the administrative or federal action with the exception of reducing Mr. Coretti's travel time billed by approximately 70%, from $8,330.00 to a total of $2,500.00.

3. In all, Plaintiffs are entitled to $92,157.50 for fees in the administrative action and $41,180.00 in fees in the federal action.

4. Plaintiffs are awarded printing costs at a reduced rate of $0.10 per page, totaling $127.30.

5. Plaintiffs' request for faxing costs in the amount of $332.00 is denied.

6. Plaintiffs' request for lodging expenses ($876.13) and for meals ($235.48) is denied.

7. A reduction of 70% shall be applied to the remainder of Plaintiffs' requested travel expenses for mileage, parking, tolls, and transportation. Plaintiff is therefore awarded $342.05 for mileage expenses, $48.76 for parking expenses, $14.29 for tolls, and $23.18 for transportation for a total of $428.28 in transportation expenses.

8. The total costs awarded to Plaintiff are $127.30 for printing, $428.28 for travel, $17.82 for postage, and $402.00 for the federal filing fee, for a total of $975.40.

9. Plaintiffs' request for pre- and post-judgment interest is denied.

ORDERED that Plaintiffs' Motion for Summary Judgement is hereby GRANTED WITH MODIFICATIONS; and it is further

ORDERED that Plaintiff is hereby awarded attorneys' fees and costs in the amount of $134,312.90.

SO ORDERED.

Dated: April 28, 2022
New York, New York

HONORABLE ALVIN K. HELLERSTEIN
United States District Judge