**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Y.G., individually and on behalf of C.T., a child with a disability,

                              Plaintiff,

-against-                                                  21 **CIVIL** 641 (AKH)

                                                          **<u>AMENDED JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 10, 2023, the judgment dated April 28, 2022 is re-entered in all respects. The Court has GRANTED Plaintiffs' motion for summary judgment as follows: 1. Plaintiffs are entitled to an hourly rate of $550.00 for Andrew Cuddy and Jason Sterne, $450.00 per hour for Kevin Mendillo, $425.00 per hour for Justin Coretti, $400.00 per hour for Benjamin Kopp, $375.00 per hour for Erin Murray, and $225.00 per hour for all paralegals. 2. There shall be no reductions to the hours billed by Plaintiffs' counsel for the administrative or federal action with the exception of reducing Mr. Coretti's travel time billed by approximately 70%, from $8,330.00 to a total of $2,500.00. 3. In all, Plaintiffs are entitled to $92,157.50 for fees in the administrative action and $41,180.00 in fees in the federal action. 4. Plaintiffs are awarded printing costs at a reduced rate of $0.10 per page, totaling $127.30. 5. Plaintiffs' request for faxing costs in the amount of $332.00 is denied. 6. Plaintiffs' request for lodging expenses ($876.13) and for meals ($235.48) is denied. 7. A reduction of 70% shall be applied to the remainder of Plaintiffs' requested travel expenses for mileage, parking, tolls, and transportation. Plaintiff is therefore awarded $342.05 for mileage expenses, $48.76 for parking

expenses, $14.29 for tolls, and $23.18 for transportation for a total of $428.28 in transportation expenses. 8. The total costs awarded to Plaintiff are $127.30 for printing, $428.28 for travel, $ 17.82 for postage, and $402.00 for the federal filing fee, for a total of $975.40. 9. Plaintiffs' request for pre-judgment interest is denied.  Plaintiffs' Motion for Summary Judgement is hereby GRANTED WITH MODIFICATIONS; and it is further ORDERED that Plaintiff is hereby awarded attorneys' fees and costs in the amount of $134,312.90.  Post-judgment interest is awarded pursuant to 28 U.S.C. § 1961.  This case is to remain closed.

**Dated:**  New York, New York

       August 11, 2023

       **RUBY J. KRAJICK**

       _____
       **Clerk of Court**

**BY:**   *K. Mango*

       _____
       **Deputy Clerk**