UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                   :

Y.G., individually and on behalf of C.T., a child with a disability,     :    **ORDER**

                        Plaintiffs,    :    21 Civ. 641 (AKH)

    -against-    :

NEW YORK CITY DEPARTMENT OF EDUCATION,    :

                        Defendant.    :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Clerk is instructed to terminate the motions at ECF Nos. 59 and 62 as moot in light of the order amending the judgment at ECF No. 70.

        SO ORDERED.

Dated:    September 12, 2023                  /s/ Alvin K. Hellerstein
                New York, New York              ALVIN K. HELLERSTEIN
                                                          United States District Judge